IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:17cr5 KS-MTP

JOSHUA PARISH  21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

COUNT 1

On or about October 30, 2014, in Jones County, in the Eastern Division of the Southern District of Mississippi and elsewhere, the defendant, **JOSHUA PARISH**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute heroin, a Schedule I controlled substance.

All in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 2

On or about November 21, 2014, in Jones County, in the Eastern Division of the Southern District of Mississippi and elsewhere, the defendant, **JOSHUA PARISH**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 5 grams or more of actual Methamphetamine, a Schedule II controlled substance.

All in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant, **JOSHUA PARISH**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendant up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
s/ signature redacted

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 22 day of February, 2017.

UNITED STATES MAGISTRATE JUDGE