AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 2:17cr5-KS-MTP-1 |
| | ) | | |
| JOSHUA PARISH | ) | | |
| *Defendant* | ) | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. Courthouse<br>701 N. Main Street<br>Hattiesburg, MS 39401 | Courtroom No.: | 2 |
|---|---|---|---|
| | | Date and Time: | Aug 15, 2017 at 10:30 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Aug 10, 2017

*Judge's signature*

Michael T. Parker, U.S. Magistrate Judge
*Printed name and title*